**IN THE UNITED STATES DISRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINATI**

| | | |
|---|---|---|
| **CHERYL OMMERT** | **:** | **Case No. _____** |
| **Plaintiff,** | **:** | **Judge _____** |
| **v.** | **:** | |
| **HANOVER TOWNSHIP TRUSTEES OF BUTLER COUNTY, OHIO** | **:** | |
| **Defendant.** | **:** | |

---

### NOTICE OF REMOVAL

---

Defendant Hanover Township Trustees of Butler County, Ohio respectfully files this Notice of Removal with this Court pursuant to 28 U.S.C. § 1331, 1367, 1441, and 42 U.S.C. § 1983, to remove the above-captioned action from the Court of Common Pleas, Butler County, Ohio, Case Number 2019 05 0920, to the United States District Court for the Southern District of Ohio, Western Division at Cincinnati.  In support thereof, Defendant alleges as follows:

1.      Plaintiff filed a Complaint for Declaratory Judgment, a copy of which is attached hereto as Exhibit A, in the above-captioned action with the Court of Common Pleas, Butler County, Ohio, Case Number CV 2019 05 9020, on May 7, 2019. A copy of the Complaint for Declaratory Judgment was served by commercial carrier service upon the Defendant on May 10, 2019.

2.      Plaintiff's Complaint for Declaratory Judgment alleges takings claims pursuant to the Fifth and Fourteenth Amendments to the United States Constitution, as well as a violation of 42 U.S.C. § 1983.  In addition, Plaintiff's Complaint for Declaratory Judgment sets forth state-law claims.

3.      This Court has original jurisdiction over Plaintiff's causes of action as set forth in 28 U.S.C. § 1331, as well as supplemental jurisdiction as set forth in 28 U.S.C. § 1367.  Pursuant to 28 U.S.C. § 1441(c), therefore, the civil action pending in the Butler County, Ohio, Court of Common Pleas, is removable to this Court.

4.      Defendant Hanover Township filed its Answer to Plaintiff's Complaint, a copy of which is attached hereto as Exhibit B, on or about June 7, 2019.

5.      This Notice of Removal was filed within 30 days after receipt of Plaintiff's Complaint for Declaratory Judgment, and thus is timely pursuant to 28 U.S.C. § 1446.

6.      Copies of all process, pleadings, and orders filed in this action are attached hereto.

7.      The Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff's counsel by ordinary mail on this date and have also forwarded a Notice for filing with the Clerk of the Butler County, Ohio, Court of Common Pleas, regarding this Notice of Removal.

**WHEREFORE**, the Defendant prays that the above-captioned action now pending in the Butler County, Ohio, Court of Common Pleas, be removed therefrom and placed on the regular docket of the United States District Court for the Southern District of Ohio, Western Division at Cincinnati.

Respectfully submitted,

SURDYK, DOWD & TURNER CO., LPA

/s/ *Dawn M. Frick*
Jeffrey C. Turner (#0063154)
Dawn M. Frick (#0069068)
Michael D. Rice (#0090085)
8163 Old Yankee Street, Ste. C
Dayton, Ohio 45458
Phone: (937) 222-2333
Fax:    (937) 222-1970
Emails:  jturner@sdtlawyers.com
            dfrick@sdtlawyers.com
            mrice@sdtlawyers.com
*Attorneys for Defendant Hanover Township Trustees*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2019, this document was served on such persons or their counsel, via regular U.S. Mail, at the following:

Jay C. Bennett
Oxford Professional Building, Ste. 5
5995 Fairfield Road
Oxford, Ohio 45056

/s/ *Dawn M. Frick*
Dawn M. Frick (#0069068)