IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cheryl Ommert,

    Plaintiff(s)

vs.

Hanover Township Trustees, of Butler County, Ohio,

    Defendant(s).

Case Number: 1:19cv435

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 18, 2019 a Report and Recommendation (Doc. 20). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 21) and plaintiff filed a response to the objections (Doc. 22).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion to voluntarily dismiss her claims brought under 42 U.S.C. §1983 (Doc. 15) is GRANTED and those claims are DISMISSED without prejudice.

The Court DECLINES to exercise supplemental jurisdiction over plaintiff's remaining state law claim.

Plaintiff's motion to remand her state law claims to the Court of Common Pleas for Butler County, Ohio (Doc. 10) is GRANTED.

IT IS SO ORDERED.

*Susan J. Dlott* (signature)
Judge Susan J. Dlott
United States District Court